**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THOMAS A. RODGERS,                                    CASE NO.: 8:16-cv-01451-JDW-MAP

    Plaintiff,

vs.

BARCLAYS BANK DELAWARE,

    Defendant,
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: May 22, 2017

| | |
|---|---|
| /s/ Armando P. Rubio | /s/ Christopher W. Boss |
| Armando P. Rubio, Esq. | Christopher W. Boss, Esq. |
| Fla. Bar No.: 478539 | Fla. Bar No.: 13183 |
| FIELDS HOWELL LLP | BOSS LAW |
| 9155 So. Dadeland Blvd., Suite 1012 | 9887 Fourth Street North, Suite 202 |
| Miami, FL 33156 | St. Petersburg, FL 33702 |
| Telephone: (786) 870-5600 | Telephone: (727) 471-0039 |
| Facsimile: (855) 802-5821 | Facsimile: (727) 471-1206 |
| Email: arubio@fieldshowell.com | Email: cpservice@protectyourfuture.com |
| aduarte@fieldshowell.com | Trial Counsel for Plaintiff, Thomas Rodgers |
| Counsel for Defendant, Barclays Bank Delaware | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice has been served by

1

electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on May 22nd, 2017.

                                        **BOSS LAW**

                                /s/*Christopher W. Boss*
                              **Christopher W. Boss, Esq.**
                              Fla. Bar No.: 013183
                              Service Email: cpservice@protectyourfuture.com
                              9887 Fourth Street North, Suite 202
                              St. Petersburg, Florida 33702
                              Phone: (727) 471-0039
                              Fax: (888) 503-2182
                              *Trial Counsel for Plaintiff*