UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS A. RODGERS,

    Plaintiff,

v.                                        Case No: 8:16-cv-1451-T-27MAP

BARCLAYS BANK DELAWARE,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation of Dismissal with Prejudice (Dkt. 13). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear their own costs and fees. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 25th day of May, 2017.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to: Counsel of Record